■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONE WATSON, Appellant. [842 NYS2d 912]—Judgment, Supreme Court, New York County (Jeffrey M. Atlas, J.), rendered October 14, 2003, as amended September 28, 2006, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of six years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The police account of the incident was not implausible, and any inconsistencies in testimony were insignificant. Concur—Saxe, J.P., Marlow, Williams, Sweeny and Malone, JJ.